1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  MANOLITO CASTILLO,<br><br>12                                 Plaintiff,<br><br>13  v.<br><br>14  UNITED STATES OF AMERICA,<br><br>15                                 Defendant.<br>16 | Case No.: 19cv0200-JAH(RBB)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

17

18       On July 30, 2019, the Court held an early neutral evaluation conference in the
19 above-entitled action.  Settlement could not be reached in the case.

20       The Court discussed compliance with rule 26 of the Federal Rules of Civil
21 Procedure and issues the following orders:

22       1.      No objections were presented to initial disclosure under Federal Rule of
23 Civil Procedure, rule 26(a)(1)(A-D).  The parties are ordered to proceed with the initial
24 disclosure process.  Any objections to initial disclosure will be resolved as required by
25 rule 26.

26       2.      The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or
27 before **August 15, 2019**.  Any motions addressing disputes related to initial disclosures
28 shall be filed no later than thirty (30) days following the date the disclosures were due.

The 30-day deadline will not be extended without a prior Court order; counsel cannot unilaterally extend the deadline. For example, ongoing meet-and-confer efforts or supplemental disclosures do not extend the deadline. **A failure to comply may bar the party from filing a corresponding motion.**

5. Counsel are ordered to participate in a telephonic attorneys-only settlement conference on <u>**November 20, 2019**</u>, at <u>**8:00 a.m.**</u>

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

Failure of any counsel or party to comply with this order may result in sanctions.

IT IS SO ORDERED.

Dated: July 31, 2019

Hon. Ruben B. Brooks
United States Magistrate Judge

cc: Judge John A. Houston
All Parties of Record