UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANOLITO CASTILLO,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No.: 19cv0200 JAH (RBB)<br><br>ORDER GRANTING IN PART JOINT MOTION TO MODIFY SCHEDULING ORDER AND FOR A 60-DAY STAY OF DISCOVERY [ECF NO. 22] |

FOR GOOD CAUSE SHOWN, due to the Coronavirus pandemic, the parties' joint motion to modify the July 31, 2019 Scheduling Order Regulating Discovery and Other Pre-Trial Proceedings [ECF No. 19] is GRANTED IN PART. The deadlines for expert disclosures and the completion of fact discovery are continued for sixty days as requested. The deadlines for the completion of expert discovery and filing pretrial motions are continued for thirty days. All other dates remain in place as previously set forth.

The modified dates are as follows:

| Event: | Current Date: | Proposed New Date: |
|---|---|---|
| Rule 26(a)(2)(A)(B) Disclosures | March 30, 2020 | May 29, 2020 |
| Fact Discovery Completion | April 30, 2020 | June 29, 2020 |

| | | |
|---|---|---|
| Rule 26(a)(2)(D) Supplemental Disclosures | April 30, 2020 | June 29, 2020 |
| Expert Discovery Completion | June 19, 2020 | July 20, 2020 |
| Filing of All Other Pretrial Motions | July 17, 2020 | August 17, 2020 |

  The issuance of any new discovery and the deadlines for any pending discovery responses are stayed for sixty days from the date of this Order.

  IT IS SO ORDERED.

Dated: April 1, 2020

             /s/ Ruben Brooks
             RUBEN B. BROOKS
             United States Magistrate Judge