# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

CASTILLO v. UNITED STATES OF AMERICA          Case No.: 19cv0200-JAH(RBB)
                                              Time Spent:

HON. RUBEN B. BROOKS     CT. DEPUTY VICKY LEE        Rptr.

### Attorneys

| Plaintiffs | Defendants |
|---|---|
| | |
| | |
| | |
| | |

PROCEEDINGS:   ☐ In Chambers     ☐ In Court     ☐ Telephonic

The settlement conference set for **April 28, 2020**, at **1:30 p.m.** will be held <u>telephonically</u>.

The Court will begin the settlement conference on its teleconference line. The parties shall use the call-in information to be provided by the Court. During the course of the conference, the Court will initiate separate confidential calls with each party. Each party must provide the Court with a single telephone number to use to initiate these calls, with both counsel and client representatives with full settlement authority already conferenced in and ready to engage in settlement discussions. Counsel for each party must send an email to **efile_brooks@casd.uscourts.com** by no later than three court days prior to the conference with the telephone number for the Court to use and any other necessary call-in information (e.g., conference line passcodes).

Settlement conference briefs shall be submitted to the above email address on or before **April 23, 2020**.

DATE: <u>April 15, 2020</u>          IT IS SO ORDERED:   *Ruben Brooks*
                                                        Ruben B. Brooks,
                                                        U.S. Magistrate Judge

cc: Judge Houston
    All Parties of Record